THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TYRAY GILLIAM, Appellant.

Submitted March 19, 2012; decided April 3, 2012

Reported below, 86 AD3d 923.

Motion by appellant pro se for removal of assigned counsel and assignment of new counsel denied.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CURTIS LIVINGSTON, Appellant.

Submitted February 14, 2012; decided April 3, 2012

Reported below, 87 AD3d 628.

Motion for leave to appeal dismissed as untimely (see CPLR 5513 [b]).

---

TONY PERPIGNAN, Appellant, v FIRST FRANKLIN FINANCIAL CORP., Respondent.

Submitted February 14, 2012; decided April 3, 2012

Reported below, 87 AD3d 1117.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

---

In the Matter of SHORE DEVELOPMENT PARTNERS, Respondent, v BOARD OF ASSESSORS et al., Appellants.

Submitted February 14, 2012; decided April 3, 2012

Reported below, 82 AD3d 988.

Motion for leave to appeal dismissed upon the ground that the orders and judgments sought to be appealed from do not finally determine the proceedings within the meaning of the Constitution.